IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. No. 26-1491 |
| | ) | U.S.D.C. No. 23-cr-00618-JO |
| Plaintiff-Appellee, | ) | |
| | ) | **MOTION TO** |
| v. | ) | **WITHDRAW FROM** |
| | ) | **REPRESENTATION OF** |
| Alejandro Salinas, | ) | **INDIGENT APPELLANT** |
| | ) | **AND APPOINT** |
| Defendant-Appellant. | ) | **SUBSTITUTE** |
| | ) | **COUNSEL** |
| ______________________________ | ) | |

Pursuant to Ninth Circuit Rule 4-1(c)(1), Isaac Blumberg, CJA appointed counsel for Alejandro Salinas, for the reasons set forth in the attached Declaration of Counsel, respectfully moves to be relieved from representation of Appellant on this appeal and to appoint substitute counsel for Appellant.

Respectfully submitted,

Dated: 3-18-2026

*s/ Isaac Blumberg*

Isaac Blumberg, Esq.
225 Broadway suite 2220
San Diego CA 92101
Attorney for Defendant-Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br><br>v.<br><br>ALEJANDRO SALINAS,<br>Defendant-Appellant. | ) | U.S.C.A. No.26-1491<br>U.S.D.C. No. 23-cr-00618-JO<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AND APPOINT SUBSTITUTE COUNSEL** |

I, Isaac Blumberg, declare:

1. I am an attorney licensed to practice law in the State of California, the United States District Court for the Southern District of California, and the United States Court of Appeals for the Ninth Circuit.

2. I was appointed by the United States District Court for the Southern District of California to represent Defendant-Appellant, Alejandro Salinas, at the trial level and currently represent Alejandro Salinas on this appeal.

3. On November 18, 2025, Alejandro Salinas pleaded guilty to violating Title 21, United States Code, Sections 959, 960 and 963.

4. On February 13, 2026, ALEJANDRO SALINAS was sentenced to custody of BOP for 240 months. As of today's date, ALEJANDRO SALINAS is in custody at GEO Facility located in San Diego, CA and has not yet been designated to a prison.

5. On March 11, 2026, at the request of Mr. Salinas and to preserve his right to appeal, counsel filed a notice of appeal with the District Court.

6. On March 12, 2026, this Court docketed the instant appeal and ordered that I be appointed to represent Alejandro Salinas on the appeal.

7. I have communicated with Alejandro Salinas about his case and his desire to pursue his appeal in this matter. After speaking with Alejandro Salinas about the nature of his concerns, and the arguments that he is likely to raise with this Court, it is my opinion that my continued representation would be inappropriate at this time due to a conflict of interest.

8. I respectfully request that this Court grant this motion to withdraw as counsel and be relieved from further representing Alejandro Salinas on this appeal. I further request that the Court appoint

substitute counsel to represent Alejandro Salinas in this appeal.

9. I have indicated my intention to withdraw from this case to the assigned Assistant United States Attorney handling this matter for the government, AUSA Daniel Zipp, and he has no objection to my request.

10. I have served this motion and declaration to Alejandro Salinas via mail, with Register Number 61999-511 at 220 West C St, San Diego CA 92101. Proof of service is attached as Exhibit A.[1]

I declare under penalty of perjury that the foregoing is true and correct,

Executed this _18_th day of March,2026 in San Diego, California.

*s/ Isaac Blumberg*
ISAAC BLUMBERG
Declarant