UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEJANDRO SALINAS,

Defendant - Appellant.

No. 26-1491

D.C. No.
3:23-cr-00618-JO-2
Southern District of California,
San Diego

ORDER

The motion (Docket Entry No. 11) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

All other pending motions are denied as moot.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT